IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DONNA ADAMS-PICKETT, MD and AUGUSTA WOMEN'S HEALTH & WELLNESS CENTER, P.C., <br><br> Plaintiffs, <br><br> v. <br><br> MAG MUTUAL INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION FILE NO.
1:22-CV-00063-JRH-BKE

## DEFENDANT MAG MUTUAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT S.D. Ga. LR 7.1.1

Pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure and Local Rule 7.1.1, the undersigned, counsel of record for Defendant MAG Mutual Insurance Company ("MagMutual"), certifies that the following is a full and complete list of the parties in this action:

**Donna Adams-Pickett, MD – Plaintiff**

**Augusta Women's Heath & Wellness Center, P.C. – Plaintiff**

**MAG Mutual Insurance Company – Defendant**

The undersigned further certifies that the following is a full and complete list of all officers of Defendant MagMutual as set forth with the Georgia Secretary of State:

**CEO, Neil S. Morrell**;

**CFO, Naveed Anwar**; and

**Secretary, Benjamin Cheek, MD**

None of the identified officers have a financial interest in the outcome of this case.

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

**None; but out of an abundance of caution, MagMutual identifies its intermediate holding company, MAGMUTUAL Intermediate Holding Company, and its parent company, MAG Mutual Holding Company. However, they do not have a financial interest in or another interest, which could be substantially affected by the outcome of this case.**

Respectfully submitted this 18th day of July, 2022.

                WEINBERG, WHEELER, HUDGINS,
                 GUNN & DIAL, LLC

                */s/ John C. Bonnie*
                John C. Bonnie
                Georgia Bar No. 067540
                jbonnie@wwhgd.com
                *Attorneys for MAG Mutual Insurance Company*

3344 Peachtree Road, N.E., Suite 2400
Atlanta, Georgia 30326
T: (404) 876-2700

**CERTIFICATE OF SERVICE**

This is to certify that I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record in this action:

Edward J. Tarver, Esq.<br>
Enoch Tarver, PC<br>
3540 Wheeler Road, Suite 312<br>
Augusta, Georgia 30909<br>
etarver@enochtarver.com

This 18th day of July, 2022.

                                          */s/ John C. Bonnie*
                                          John C. Bonnie
                                          Georgia Bar No. 067540