IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DONNA ADAMS-PICKETT, MD and AUGUSTA WOMEN'S HEALTH & WELLNESS CENTER, P.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 122-063 |
| MAG MUTUAL INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

**O R D E R**

The Court held several phone conferences to assist the parties in resolving multiple discovery issues. (See doc. nos. 26, 28, 32.) The Court instructed the parties at the last conference on March 7, 2023, to report back if they need further assistance. (See doc. no. 32.) Having heard nothing from the parties, the Court presumes all issues have been resolved and plans to terminate the pending motions to compel, (doc. nos. 19, 24), unless Plaintiffs' counsel notifies the Court of any remaining discovery issues within fourteen days of the date of this Order.

SO ORDERED this 30th day of March, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA