IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DONNA ADAMS-PICKETT, MD and <br> AUGUSTA WOMEN'S HEALTH & <br> WELLNESS CENTER, P.C., <br><br> Plaintiffs, <br><br> v. <br><br> MAG MUTUAL INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CV 122-063 |

**O R D E R**

The February 17, 2023 Revised Scheduling Order directed the parties to file a Joint Status Report by June 5, 2023, concerning the opportunity to engage in mediation prior to filing summary judgment motions. (Doc. no. 31.) The deadline for the parties to file the Joint Status Report as set forth in the Court's Revised Scheduling Order has passed. However, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's February 17th Order on or before Wednesday, June 14, 2023.[1]

SO ORDERED this 6th day of June, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.