IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

DONNA ADAMS-PICKETT, MD and )
AUGUSTA WOMEN'S HEALTH & )
WELLNESS CENTER, P.C., )
                 )
        Plaintiffs, )
                 )
    v. )          CV 122-063
                 )
MAG MUTUAL INSURANCE COMPANY, )
                 )
        Defendant. )

_____

**O R D E R**

_____

Because discovery is continuing despite the official close of the discovery period to accommodate the personal schedule of Defendant's employee, Defendant will not suffer any prejudice by Plaintiffs obtaining documents from, and deposing, two additional witnesses.  So that ongoing discovery efforts are in sync with the actual discovery scheduling, the Court extends the deadline for completion of all discovery until August 14, 2023, and **DENIES** Defendant's Motion to Quash Subpoenas and Exclude Late-Identified Witnesses.  (Doc. no. 40.)  The Joint Status Report is also due August 14, 2023, and the last day for filing civil motions, including Daubert motions, but excluding motions *in limine* is October 2, 2023.

SO ORDERED this 12th day of June, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA