IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DONNA ADAMS-PICKETT, M.D. and<br>AUGUSTA WOMEN'S HEALTH &<br>WELLNESS CENTER, P.C.,<br><br>    Plaintiffs,<br>v.<br><br>MAG MUTUAL INSURANCE<br>COMPANY<br>    Defendant. | Civil Action: CV1:22-00063 |

**MOTION ON APPLICATION FOR LEAVE OF ABSENCE**

COMES NOW Edward J. Tarver, counsel for Plaintiff Donna Adams-Pickett, M.D and Augusta Women's Health & Wellness Center, P.C. submits this Motion on Application for Leave of Absence pursuant to Local Rule 83.9 as follows:

1.

I am scheduled to have an in-patient surgical procedure and will be hospitalized during the period of December 8, 2023 to December 14, 2023 and will require until December 29, 2023 to convalesce. I request a leave of absence and that deadlines and scheduling in this matter be suspended during this period.

WHEREFORE, I respectfully request that this Motion on Application for Leave of Absence be granted.

Respectfully submitted this 20th day of November 2023.

/s/ Edward J. Tarver
Edward J. Tarver
GA Br No. 698380

ENOCH TARVER, P.C.
3540 Wheeler Road, Suite 312
Augusta, GA 30909
(706) 738-4141
etarver@enochtarver.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, the undersigned electronically filed the foregoing Motion on Application for Leave of Absence using the CM/ECF system which will electronically send email notification of such filing to all counsel of record.

John C. Bonnie, Esq.<br>
Stephen J. Rapp, Esq.<br>
Nancy Rigby, Esq.<br>
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>
3344 Peachtree Road, Suite 2400<br>
Atlanta, Georgia 30326<br>
jbonnie@wwhgd.com<br>
srapp@wwhgd.com<br>
NRigby@wwhgd.com

Submitted on this 20th day of November 2023.

/s/ Edward J. Tarver
Edward J. Tarver
GA Br No. 698380
ENOCH TARVER, P.C.
3540 Wheeler Road, Suite 312
Augusta, GA 30909
(706) 738-4141
etarver@enochtarver.com
Counsel for Plaintiffs