IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DONNA ADAMS-PICKETT, MD and AUGUSTA WOMEN'S HEALTH & WELLNESS CENTER, P.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 122-063 |
| MAG MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

Defendant moved to file under seal the entirety of its Brief in Support of Motion for Summary Judgment and Statement of Material Facts, along with the depositions and exhibits attached thereto of Plaintiff Adams-Pickett and Elmer Pickett.  (Doc. no. 53.)  The Court ordered Defendant to submit, for *in camera* review, proposed redactions to the documents it sought to seal.  (Doc. no. 56.)  Because all proposed redactions contain sensitive financial information, private medical information about persons who are not parties to this litigation, and confidential information about the settlement of certain lawsuits, the Court **APPROVES** the redactions.

Accordingly, the Court **GRANTS IN PART** Defendant's motion to seal, (doc. no. 53), and **ORDERS** Defendant to file through PACER the approved, redacted versions of the documents it sought to seal by December 22, 2023.  The Court further **ORDERS** the Clerk of Court to maintain under seal, for *in camera* review as necessary for consideration of the summary judgment motion, the original documents submitted under seal by Defendant.

SO ORDERED this 13th day of December, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA