# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| DONNA ADAMS-PICKETT, MD and<br>AUGUSTA WOMEN'S HEALTH &<br>WELLNESS CENTER, P.C.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MAG MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendant. | CIVIL ACTION FILE NO.<br>1:22-CV-00063-JRH-BKE |

## DEFENDANT'S SECOND MOTION TO SEAL

In accordance with Federal Rule of Civil Procedure 5.2(d), Local Rule 79.7, and this Court's Stipulation and Order for the Production and Exchange of Confidential Information, dated September 21, 2022 (Doc. No. 16) ("Confidentiality Order"), Defendant MAG Mutual Insurance Company ("MagMutual") hereby moves this Court for an Order allowing MagMutual to file under seal certain Confidential Information contained in the following, which are being filed manually with the Court contemporaneously herewith:

(1) Defendant MAG Mutual Insurance Company's Reply Brief in Support of Motion for Summary Judgment;

(2) Defendant MAG Mutual Insurance Company's Response and Notice of Objections to Plaintiffs' Statement of Material Facts; and

(3) Defendant MAG Mutual Insurance Company's Notice of Objections to Plaintiff Donna Adams-Pickett's Affidavit,

which include references to, summarize, and/or quote from the Confidential Information.

Based on the Court's previous Orders on the parties' respective Motions to Seal (Doc. Nos. 56, 73), and the procedures outlined therein, MagMutual is contemporaneously herewith submitting to the Court for *in camera* review and to opposing counsel versions of the three filings identified above that include proposed redactions of Confidential Information highlighted in yellow.

MagMutual respectfully requests that the Court grant its Motion to Seal and allow MagMutual to file through PACER the three filings identified above with redactions as approved by the Court.

A Proposed Order is attached.

Respectfully submitted, this 24th day of May, 2024.

        WEINBERG, WHEELER, HUDGINS
        GUNN & DIAL, LLC

        /s/ *John C. Bonnie*
        John C. Bonnie
        Georgia Bar No. 067540
        Stephen J. Rapp
        Georgia Bar No. 103806
        Nancy F. Rigby
        Georgia Bar No. 605453
        *Attorneys for Defendant*

3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
404.876.2700
jbonnie@wwhgd.com
srapp@wwhgd.com
nrigby@wwhgd.com

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record as follows:

J. Edward Enoch, Jr., Esq.
Enoch Tarver, P.C.
2743 Perimeter Pkwy
Bldg. 100, Suite 115
Augusta, Georgia 30909
jenoch@enochtarver.com

This 24th day of May, 2024.

                                                /s/ *John C. Bonnie*
                                                John C. Bonnie
                                                Georgia Bar No. 067540