IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DONNA ADAMS-PICKETT, MD and AUGUSTA WOMEN'S HEALTH & WELLNESS CENTER, P.C.,<br><br>    Plaintiffs,<br><br>v.<br><br>MAG MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:22-CV-00063-JRH-BKE |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL**

Defendant moved to file under seal certain Confidential Information contained in the following documents:

(1) Defendant MAG Mutual Insurance Company's Reply Brief in Support of Motion for Summary Judgment;

(2) Defendant MAG Mutual Insurance Company's Response and Notice of Objections to Plaintiffs' Statement of Material Facts; and

(3) Defendant MAG Mutual Insurance Company's Notice of Objections to Plaintiff Donna Adams-Pickett's Affidavit,

Pursuant to the Court's previous Orders on the parties' respective Motions to Seal, Defendant submitted to the Court for *in camera* review and to opposing counsel, proposed redactions to the documents listed above. Because all proposed redactions contain Confidential Information within the meaning of the Stipulation and Order for the Production and Exchange of Confidential Information, dated September 21, 2022 (Doc. No. 16), the Court **APPROVES** the redactions.

2

Accordingly, the Court **GRANTS** Defendant's Second Motion to Seal, and **ORDERS** Defendant to file through PACER the approved, redacted versions of the documents listed above by _____, 2024. The Court further **ORDERS** the Clerk of Court to maintain under seal, for *in camera* review as necessary for consideration of the summary judgment motion, the original documents submitted under seal by Defendant.

SO ORDERED this \_\_\_ day of _____, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA