AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DONNA ADAMS-PICKETT, MD, and
AUGUSTA WOMEN'S HEALTH &
WELLNESS CENTER, P.C.,

Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER:  CV 122-063

MAG MUTUAL INSURANCE COMPANY,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated September 30, 2024, MagMutual's motion for summary judgment is granted as to Plaintiffs' federal law claim arising under 42 U.S.C. § 1981. The Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims, and therefore those claims are dismissed without prejudice. Judgment is entered in favor of Defendant, MagMutual Insurance Company on the federal law claim. This case stands closed.



September 30, 2024
_____
*Date*

John E. Triplett, Acting Clerk
_____
*Clerk*

_____
*James R. Burrell*
*(By) Deputy Clerk*

GAS Rev 10/2020